U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
**Jan 08 - 2025**
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No.  8:25-PO-02 (GLF) |
| v. | **Information** |
| **DARIEL VILLEGA-CARRERA** | Violation:    8 U.S.C. § 1325 [Improper Entry by Alien] |
| | 1 Count |
| **Defendant.** | County of Offense:    Clinton |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Improper Entry by Alien]**

On or about December 23, 2024, in Clinton County in the Northern District of New York, the defendant, **DARIEL VILLEGA-CARRERA**, an alien, native and citizen of Cuba, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: January 8, 2025

CARLA B. FREEDMAN
United States Attorney

By:    /s/ Justin Bennett
Justin D. Bennett
Special Assistant United States Attorney
Bar Roll No. 705879